```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                   TAMPA DIVISION
```

RAMONA K. BROWN,

     Plaintiff,

v.

                              Case No. 8:13-cv-734-T-33AEP

DEPUY ORTHOPAEDICS, INC.,

     Defendant.

_____/

### ORDER APPOINTING MEDIATOR

    Pursuant to the Notice of Mediation (Doc. # 19) filed on May 7, 2013, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator:**    **Jerry L. Newman**
    **Address:**             **201 E. Kennedy Blvd.**
                                 **Suite 1700**
                                 **Tampa, Florida 33602**
    **Telephone:**          **813-223-3951**

    By agreement of the parties, the mediation conference is scheduled for June 27, 2013, at 1:30 p.m. at the law offices of Carlton Fields, 4221 W. Boy Scout Blvd, Suite 1000, Tampa, Florida 33607. The parties are directed to mediate in good faith and to fully and faithfully explore

every settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of May, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record
          Mediator Jerry L. Newman
          201 E Kennedy Blvd.
          Suite 1700
          Tampa, Florida 33602